|  |  |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | Yeremey O. Krivoshey (State Bar No. 295032) |
|   | Brittany S. Scott (State Bar No. 327132) |
| 3 | 1990 North California Blvd., Suite 940 |
| 4 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 5 | Facsimile:  (925) 407-2700 |
| 6 | E-mail: ykrivoshey@bursor.com |
|   |              bscott@bursor.com |
| 7 |  |
| 8 | **DOVEL & LUNER, LLP** |
|   | Jonas Jacobson (State Bar No. 269912) |
| 9 | Simon Franzini (State Bar No. 287631) |
| 10 | 201 Santa Monica Blvd., Suite 600 |
|   | Santa Monica, CA 90401 |
| 11 | Telephone: (310) 656-7066 |
| 12 | E-mail: jonas@dovel.com |
|   |              simon@dovel.com |
| 13 |  |
| 14 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH, individually and on behalf of all others similarly situated, | Case No. 8:22-cv-02006-JWH-DFM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| PERRIGO COMPANY, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL;
CASE NO. 8:22-CV-02006-JWH-DFM

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Vishal Shah hereby dismisses, without prejudice, all claims against Defendant Perrigo Company.  Each party shall bear its own costs.

Dated:  January 24, 2023            Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:   /s/ Brittany S. Scott
          Brittany S. Scott

Yeremey O. Krivoshey (State Bar No. 295032)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ykrivoshey@bursor.com
            bscott@bursor.com

**DOVEL & LUNER, LLP**
Jonas Jacobson (State Bar No. 269912)
Simon Franzini (State Bar No. 287631)
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: (310) 656-7066
E-mail: jonas@dovel.com
            simon@dovel.com

*Attorneys for Plaintiff*